IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

OLLIE LEE EVANS

VS.                                                    CIVIL ACTION NO. 2:12cv56-KS-MTP

EMMITT SPARKMAN, COMMISSIONER
CHRISTOPHER EPPS, JOHNNIE DENMARK,
AND RON KING

## ORDER

This cause is before the Court on Motions for Relief From Judgment [32] and for Preliminary Injunction and/or Temporary Restraining Order [34][42], and the Court having considered said motions and the Repot and Recommendation [45] filed by Magistrate Judge Michael T. Parker and finding no Objections having been filed to the Report and Recommendation, the Court finds as follows, to-wit:

That the Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court and that motions [34][42] for Preliminary Injunction and/or Temporary Restraining order should be **denied** and that the Motion for Relief From Judgment [32] should also be **denied.**

SO ORDERED this, the 24th day of October, 2012.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE